✎AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN     District of     NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

KOLONGI RICHARDSON

Case Number: 5:04-cr-397-002 (DNH)
USM Number: 12856-052
Lisa A. Peebles, Esq.
Defendant's Attorney

Date of Previous Judgment: January 5, 2006
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>108</u> months **is reduced to 87 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: <u>34</u>                  Amended Offense Level: <u>32</u>
Criminal History Category: <u>I</u>               Criminal History Category: <u>I</u>
Previous Guideline Range: <u>151</u> to <u>188</u> months    Amended Guideline Range: <u>121</u> to <u>151</u> months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

## III. ADDITIONAL COMMENTS
_____
_____

Except as provided above, all provisions of the judgment dated <u>January 5, 2006</u> shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge